UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (DENVER)

| | |
|---|---|
| BENJAMIN ZUCKER,<br><br>                        Plaintiff,<br><br>  - against -<br><br>CRUZ BAY PUBLISHING, INC.<br><br>                        Defendant. | Docket No. 1:19-cv-01166 (DDD-NYW)<br><br>**MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon this Motion; the declaration of Richard Liebowitz and exhibits attached thereto, and the pleadings and prior proceedings herein; Plaintiff Benjamin Zucker will move the Court, before the Honorable Nina Y Wang (U.S.D.J.) at the United States District Court, 1929 Stout Street, Suite C-120, Denver, CO 80294-0101, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure as follows:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Directing that a default judgment as to liability for unauthorized alteration and/or removal of copyright management information in violation of 17 U.S.C. § 1202(b) be entered against Defendant;

3. Ordering Defendant to pay $3,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

4. Ordering Defendant to pay $10,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for its unauthorized alteration and/or removal of copyright management information in violation of 17 U.S.C. § 1202(b);

5. Ordering Defendant to pay $2550.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 1203(b)(5);

6.      Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

7.      Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

8.      Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after these motion papers have been served on Defendant at its last known business address.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff*

TO:

Cruz Bay Publishing, Inc.
5720 Flatiron Parkway
Boulder, CO 80301

*Defendant*